# Exhibit A

# Discovery Supplement 10/23/23

**Interrogatory No. 3 and Document Request No. 36 (Plaintiff's job search):** Subject to the concerns I raised in my June 12 letter, here is an up to date list of entities with whom Mr. Lee has sought employment:

| | |
|---|---|
| 24 Apr. - Novartis | 5 Jun - Tarsus Pharma |
| 5 May - Denderon Pharma | 8 Jun - Sanofi |
| 8 May - Alexion Pharma | 9 Jun - Takeda |
| 17 May - EISAI | 13 Jun - Eurofins |
| 17 May - Merck | 17 Jun - Pyros Pharma |
| 19 May - Incyte | 19 Jun - Biogen |
| 23 May - BMS | 20 Jun - Sanofi |
| 28 May - Lundebeck | 20 Jun - Linkedin |
| 30 May - EMD Serono | 21 Jun - Novartis |
| 30 May - Liquidia Corporation | 22 Jun - Pfizer |
| | |
| 23 Jun - Takeda | 15 Sep - Regeneron |
| 27 Jun - Abbvie | 16 Sep - Pfizer |
| 3 Jul - Sanofi | 16 Sep - Day One Pharma |
| 13 Jul - EISAI | 18 Sep - TSP |
| 16 Jul - Amgen | 19 Sep - Abbvie |
| 31 Jul - Takeda | 20 Sep - Pfizer |
| 9 Aug - Galera | 22 Sep - Pfizer |
| 12 Aug - EISAI | 29 Sep - Agios |
| 7 Sep - Novo Nordisk | 2 Oct - Abbvie |
| 11 Sep - Abbvie | |