# JacksonLewis

**Jackson Lewis P.C.**

75 Park Plaza, 4th Floor
Boston Massachusetts  02116
617.305.1231 Direct | 617.367.0025 Main | 978.881.4984 Mobile
bert.ware@jacksonlewis.com
jacksonlewis.com

May 23, 2022

BY EMAIL
nroumel@nachtlaw.com

Nick Roumel
Attorney
Nacht & Roumel, PC
1010 North Main Street, Suite 555
Ann Arbor, Michigan  48104

Re:     Your May 20, 2022 Email

Dear Nick:

We trust you are well.  I write in response to your email, addressed to Patrice Dixon and me, regarding "EUSA Pharma LLC – Kevin Davis and George Lee Interviews" (May 20, 2022, 5:11 PM).

Please be advised that to the extent that any confusion exists, as we explained when coordinating with you interviews of your clients, and again immediately prior to beginning each of our interviews of Mr. Davis and Lee, EUSA Pharma engaged Jackson Lewis in this matter solely to conduct an **_impartial_** workplace investigation into Mr. Davis and Mr. Lee's allegations concerning their treatment in the workplace.  Neither Patrice nor I represent EUSA Pharma in any capacity beyond that specific engagement.

As such, it may be appropriate for you to direct all future communications concerning your clients' dispute with EUSA Pharma and their interests to the company directly.  Further, it may be appropriate to direct any request that a litigation hold be put in place to EUSA Pharma directly because Patrice, I, and Jackson Lewis are non-parties to your clients' dispute with the company.

Turning to the substance of your email, in response to your inquiry regarding the status of the workplace investigation, we advised EUSA Pharma of your inquiry, and the company authorized us to advise you that the investigation is complete.

And with regard to your request that Jackson Lewis preserve documents, we appreciate you forwarding to us your litigation hold notice.  Jackson Lewis will be guided accordingly and as permitted by applicable law, its terms of our engagement by EUSA Pharma, and its obligations as a non-party in this matter.

Very truly yours,

/s/  Patrice C. Dixon                                      /s/  Bert H. Ware

_____          _____
Patrice C. Dixon                                             Bert H. Ware
Attorney at Law                                             Attorney at Law
Jackson Lewis PC                                           Jackson Lewis PC
Boston, Massachusetts                                  Boston, Massachusetts